# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CORY LEE SOUDERS,

    Plaintiff,

v.

HEIDI WASHINGTON, NOAH NAGY, RONALD WYSE, and JONATHAN DUNCAN,

    Defendants.

_____/

Case No. 24-12367
Hon. Jonathan J.C. Grey
Magistrate Judge David R. Grand

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 29)

On September 10, 2024, pro se Plaintiff Cory Lee Souders filed this lawsuit, asserting claims under the federal civil rights statute, 42 U.S.C. § 1983, and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc. (ECF No. 1.) Souders principally challenges a Michigan Department of Corrections ("MDOC") mail policy that restricts the amount of mail, including religious mail, a prisoner is allowed to receive. (*Id.*) Defendants MDOC Director Heidi Washington ("Washington") and Parnall Correctional Facility Warden Noah Nagy ("Nagy") (collectively, "defendants") filed a motion to dismiss or alternatively for summary

judgment. (ECF No. 19.)

This matter now comes before the Court on Magistrate Judge David Grand's Report and Recommendation dated December 2, 2025. (ECF No. 29.) In the Report and Recommendation, Magistrate Judge Grand recommends that the Court grant the motion as to Nagy and deny the motion as to Washington. (ECF No. 29, PageID.214.) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Grand reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Grand's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated December 2, 2025 (ECF No. 29) is

2

**ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that the motion to dismiss or for summary judgment (ECF No. 19) is **GRANTED IN PART AND DENIED IN PART**; specifically, the motion is **GRANTED** as to Nagy and **DENIED** as to Washington.

**IT IS FURTHER ORDERED** that Nagy is **DISMISSED** from this action.

**SO ORDERED**.

Dated: January 9, 2026                     **s/Jonathan J.C. Grey**
                                           Jonathan J.C. Grey
                                           United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 9, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager